```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TAX MATRIX TECHNOLOGIES, LLC,      :    CIVIL ACTION
                                   :    No. 13-6223
          Plaintiff,               :
                                   :
     v.                            :
                                   :
WEGMANS FOOD MARKETS, INC.,        :
                                   :
          Defendant.               :
```

## O R D E R

**AND NOW**, this **7th** day of **January, 2016,** upon consideration of Tax Matrix's Motion for Summary Judgment (ECF No. 40) and Wegmans' Motion for Summary Judgment (ECF No. 43) and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

   1. Tax Matrix's Motion for Summary Judgment as to its breach of contract claim is **DENIED;**

   2. Wegmans' Motion for Summary Judgment as to Tax Matrix's breach of contract claim is **DENIED;** and

   3. Tax Matrix's Motion for Summary Judgment as to Wegmans' First, Second and Third Counterclaims is **GRANTED**, and all of Wegmans' counterclaims are **DISMISSED.**

   **AND IT IS SO ORDERED.**


                         /s/ Eduardo C. Robreno
                         **EDUARDO C. ROBRENO,    J.**