IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAX MATRIX TECHNOLOGIES, LLC,         :    CIVIL ACTION
                                      :    No. 13-6223
          Plaintiff,                  :
                                      :
     v.                               :
                                      :
WEGMANS FOOD MARKETS, INC.,           :
                                      :
          Defendant.                  :

## O R D E R

**AND NOW**, this **19th** day of **April, 2017**, upon consideration of Plaintiff's Motion for New Trial on Damages and Alternative Motion to Mold Verdict to Apply Pre-Judgment Interest (ECF No. 125), Plaintiff's Memorandum in Support of Motion for New Trial on Damages and Alternative Motion to Mold Verdict to Apply Pre-Judgment Interest (ECF No. 135), Defendant's Response in Opposition to Motion for New Trial on Damages (ECF No. 136), Plaintiff's Motion for Leave to File Reply Brief in Further Support of Motion for New Trial on Damages and Proposed Reply Brief (ECF Nos. 137, 137-2), and Defendant's Cross-Motion for Leave to Submit Surreply Brief and Proposed Surreply Brief (ECF Nos. 138, 138-1), it is hereby **ORDERED** as follows:

    1)    Plaintiff's Motion for New Trial on Damages is **DENIED**.

    2)    Plaintiff's Alternative Motion to Mold Verdict to

Apply Pre-Judgment Interest is **GRANTED in part** and **DENIED in part**. It is **GRANTED** insofar as the Court will amend the judgment to add pre-judgment interest at a rate of 6%, amounting to a $57.79 per diem rate, from the date on which payment was due (i.e., August 16, 2013) until the date on which judgment was entered (i.e., June 7, 2016), for a total of $59,292.54. It is **DENIED** insofar as Plaintiff seeks to add any different amount of pre-judgment interest.

   **AND IT IS SO ORDERED.**


         **/s/ Eduardo C. Robreno**
         **EDUARDO C. ROBRENO, J.**