IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAX MATRIX TECHNOLOGIES, LLC, | : | CIVIL ACTION |
| | : | No. 13-6223 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WEGMANS FOOD MARKETS, INC., | : | |
| | : | |
| Defendant. | : | |

## AMENDED CIVIL JUDGMENT

**AND NOW**, this **19th** day of **April, 2017**, in accordance with the verdict of the Jury,

It is **ORDERED** that **JUDGMENT** be and the same is hereby entered in favor of Plaintiff Tax Matrix Technologies, LLC, and against Defendant Wegmans Food Markets, Inc., in the amount of $410,844.40.[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**

---

[1] Pursuant to the Court's Memorandum and Order dated April 19, 2017, this amount reflects the addition of pre-judgment interest at a 6% rate from August 16, 2013, until June 7, 2016.