UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAX MATRIX TECHNOLOGIES, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEGMANS FOOD MARKETS, INC.<br><br>　　　　Defendant. | Case No. 2:13-cv-06223-ER |

**NOTICE OF APPEAL**

　　　　Plaintiff, Tax Matrix Technologies, LLC, hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order entered April 19, 2017 (Docket Entry No. 141) denying its Motion for New Trial on Damages.

Dated: May 9, 2019

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Stuart D. Lurie
　　　　　　　　　　　　　　　　ROSENTHAL LURIE & BROUDY LLC
　　　　　　　　　　　　　　　　102 Pickering Way, Suite 310
　　　　　　　　　　　　　　　　Exton, PA 19341
　　　　　　　　　　　　　　　　(484) 713-4029 – Tel.
　　　　　　　　　　　　　　　　(215) 600-1728 – Fax
　　　　　　　　　　　　　　　　Stuart@RLBLawGroup.com
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*