UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-2056
_____

TAX MATRIX TECHNOLOGIES, LLC;
Appellant

v.

WEGMANS FOOD MARKETS, INC.
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-13-cv-6223)
District Judge: Hon. Eduardo C. Robreno
_____

Argued on January 11, 2018

Before:  JORDAN, ROTH, *Circuit Judges* and MARIANI[*], *District Judge.*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on January 11, 2018. On consideration whereof,

---

[*] Honorable Robert D. Mariani, United States District Court Judge for the Middle District of Pennsylvania, sitting by designation.

It is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered April 19, 2017 is hereby AFFIRMED. All of the above in accordance with the opinion of the Court. Costs to be assessed against Appellant.

ATTESTED:

s/ Patricia S. Dodszuweit
Clerk

DATE:   June 8, 2018

**Certified as a true copy and issued in lieu of a formal mandate on**  07/02/2018

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**